IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.:  1:21-MJ-175 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| SAMANTHA BRUCATO-LANSDALE, | ) | Court Date: July 26, 2021 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

### (COUNT I – Class A Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about November 21, 2019 and June 6, 2020, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SAMANTHA BRUCATO-LANSDALE, did unlawfully use two or more signed credit cards to obtain goods or services, cards for which she was not the cardholder and did not have authorization from the cardholder to possess or use.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-195(1)(a), 1950, as amended)

Respectfully Submitted,
Raj Parekh
Acting United States Attorney

_____
Antonio Contreras
Special Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this $\underline{18}$ day of May 2021 to the defendant's home of record.

By: _____

Antonio Contreras
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Antonio.Contrereas@usdoj.gov